MINERAL DEVELOPMENT CO. v. KENTUCKY COAL LANDS CO. (Circuit Court of Appeals, Sixth Circuit.) No. 3762. Appeal from the District Court of the United States for the Eastern District of Kentucky; Andrew M. J. Cochran, Judge. Suit in equity by the Mineral Development Company against the Kentucky Coal Lands Company. From a decree dismissing the bill on motion of defendant (285 Fed. 761), plaintiff appeals. Affirmed. Wilson & Harbison, of Lexington, Ky., Dishman, Tinsley & Dishman, of Barbourville, Ky., E. L. Worthington, of Maysville, Ky., and D. D. Fields, of Whitesburg, Ky., for appellant. Cleon K. Calvert, of Pineville, Ky., and Barthell, Fitts & Rundall, of Chicago, Ill., for appellee.

PER CURIAM. It satisfactorily appearing to this court that the bill of complaint herein does not state a case entitling plaintiff to relief, and that the bill was therefore properly dismissed by the District Court of the United States for the Eastern District of Kentucky, its judgment accordingly is hereby affirmed, upon the opinion of the District Judge.

---

PAYNE, Director General of Railroads, et al. v. ROSENZWEIG et al. (Circuit Court of Appeals, Second Circuit. December 2, 1922.) No. 96. In Error to the District Court of the United States for the Western District of New York. Action by Benjamin Rosenzweig and another, as executors of Patrick Doherty, deceased, against John Barton Payne, Director General of Railroads, as Agent under section 206 of the Transportation Act of 1920, and another. Judgment for plaintiffs (285 Fed. 622), and defendants bring error. Affirmed. Locke, Babcock, Spratt & Hollister, of Buffalo, N. Y. (Raymond C. Vaughan, of Buffalo, N. Y., of counsel), for plaintiffs in error. Charles F. O'Neil and Edmund J. Stafford, both of Detroit, Mich., for defendants in error. Before HOUGH, MANTON, and MAYER, Circuit Judges.

PER CURIAM. In no substantial way is this case different from Davis v. Rosenzweig, 281 Fed. 1020, decided by this court April 4, 1922. Judgment affirmed, with costs.

---

PERFECTION COOLER CO. et al. v. ROTAX CO., Inc. (Circuit Court of Appeals, Second Circuit. October 24, 1922.) No. 13. Appeal from the District Court of the United States for the Southern District of New York. Action by the Perfection Cooler Company and another against the Rotax Company, Inc. From a judgment for plaintiffs, defendant appeals. Affirmed. Duell, Warfield & Duell, of New York City (F. P. Warfield, L. A. Watson, and Lawrence Bristol, all of New York City, of counsel), for appellant. Charles Neave, of New York City, and A. S. Pattison, of Washington, D. C. (Harrison F. Lyman, of New York City, of counsel), for appellees. Before ROGERS, MANTON, and MAYER, Circuit Judges.

PER CURIAM. Decree affirmed.